Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 6:05-mj-0184 WMW |
| Plaintiff, | ) | DISMISSAL; AND ORDER THEREON |
| v. | ) | |
| CHRIS D. VAN LEUVEN, | ) | |
| Defendant | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: October 31, 2005 .          NATIONAL PARK SERVICE


                                    /S/ Elizabeth Waldow

                                    Elizabeth Waldow
                                    Legal Officer

**ORDER**

IT IS SO ORDERED.

**Dated:   November 1, 2005**          **/s/  William M. Wunderlich**
mmkd34                                  UNITED STATES MAGISTRATE JUDGE

1